**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **ANDRE FERGUSON, SR.** | ) |
| **7612 Hector Court** | ) |
| **Ft. Washington, MD. 20744** | ) |
| | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) **Civil Action No. 1:24-cv-03629 (TNM)** |
| **v.** | ) |
| | ) |
| **WASHINGTON METROPOLITAN AREA** | ) |
| **TRANSIT AUTHORITY** | ) |
| **300 7th Street, SW** | ) |
| **Washington, D.C. 20024** | ) |
| | ) |
| | ) |
| **Defendant** | ) |

**ANSWER OF DEFENDANT**
**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**

Defendant, Washington Metropolitan Area Transit Authority, ("WMATA"), hereby

states its Answer to Plaintiff's Complaint.

**RESPONSES TO PARAGRAPHS IN COMPLAINT**

**INTRODUCTION**

1. Paragraph 1 of the Complaint is an introductory statement to which no response is

required. To the extent any response is required, the allegations in Paragraph 1 of the Complaint

is denied.

**JURSIDICTION AND VENUE**

2. WMATA admits only that subject matter jurisdiction is proper pursuant to 28 U.S.C.

§1331 and 42 U.S.C. §2000e. WMATA denies the remaining allegations in Paragraph 2 of the

Complaint.

3. WMATA admits only that venue in this Court is proper. WMATA denies the

remaining allegations of Paragraph 3 of the Complaint.

## PARTIES

4.  Admitted.

5.  WMATA admits only that it is a transit authority, created by interstate compact among the District of Columbia, Virginia, and Maryland to provide mass transit in the Washington, D.C. metropolitan area with its headquarters located at 300 7th Street, SW, Washington, D.C. 20024. WMATA denies the remaining allegations of Paragraph 5 of the Complaint.

## ADMINISTRATIVE PROCEDURES

6-7.  Denied.

## FACTUAL ALLEGATIONS

8.  WMATA lacks knowledge or information sufficient to form a belief about the truth of the allegations made in Paragraph 8 of the Complaint; therefore, the allegations in Paragraph 8 of the Complaint are denied.

9-10. Denied.

11. WMATA admits only that Plaintiff applied for the Director, Supply Warranty and Core Management position and that he met the minimum qualifications for the position; however, WMATA denies the remaining allegations in Paragraph 11 of the Complaint.

12-13. Denied.

14. WMATA admits only that Plaintiff met the minimum qualifications for the Director, Supply Warranty and Core Management position. WMATA denies the remaining allegations in Paragraph 14 of the Complaint.

15-16. Denied.

17. WMATA lacks knowledge or information sufficient to form a belief about the truth of the allegations made in Paragraph 17 of the Complaint; therefore, the allegations in Paragraph 17 of the Complaint are denied.

18. Denied.

### CAUSES OF ACTION

### COUNT I-Race Discrimination in Violation of Title VII

19. WMATA incorporates by reference its responses to Paragraphs 1-19 of the Complaint.

20. Paragraph 20 is an incomplete or incorrect statement of the law and to the extent any response is required, WMATA denies the allegations in Paragraph 20 of the Complaint.

21. Denied.

22. Admitted.

23-25. Denied.

26. Paragraph 26 is an incomplete or incorrect statement of the law and to the extent any response is required, WMATA denies the allegations in Paragraph 20 of the Complaint.

### COUNT II- Color Discrimination in Violation of Title VII

27. WMATA incorporates by reference its responses to Paragraphs 1-27 of the Complaint.

28-29. Paragraphs 28-29 are incomplete or incorrect statements of the law and to the extent any response is required, WMATA denies the allegations in Paragraphs 28-29 of the Complaint.

30. Denied.

### COUNT III-Retaliation in Violation of Title VII

31. WMATA incorporates by reference its responses to Paragraphs 1-31 of the Complaint.

32. Paragraph 32 is an incomplete or incorrect statement of the law and to the extent any response is required, WMATA denies the allegations in Paragraph 32 of the Complaint.

33. Admitted.

34-35. Denied.

36-37. Paragraphs 36-37 are incomplete or incorrect statements of the law and to the extent any response is required, WMATA denies the allegations in Paragraphs 36-37 of the Complaint.

## FIRST AFFIRMATIVE DEFENSE

The Complaint fails to state a cause of action against WMATA upon which relief may be granted.

## SECOND AFFIRMATIVE DEFENSE

To the extent that discovery provides a basis, WMATA reserves the right to argue that Plaintiff has failed to initiate or exhaust timely his administrative remedies under Title VII, including, but not limited to, a failure to file a charge of discrimination with the EEOC within 180 days from the date of the alleged occurrences.

## THIRD AFFIRMATIVE DEFENSE

Any employment decisions by WMATA were made for valid and legitimate non-discriminatory and non-retaliatory reasons.

## FOURTH AFFIRMATIVE DEFENSE

WMATA, as a governmental agency, is not subject to punitive damages.

WHEREFORE, having fully answered the Complaint, Defendant WMATA requests this matter be dismissed and it be awarded the cost of responding to this suit.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

*/s/ Michael K. Guss*
Michael K. Guss #465171
Senior Counsel
WMATA-Legal Department
P.O. Box 23768
Washington, D.C. 20026-3768